Robert E.L. Bonaparte, OSB #883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB #036013
Email: stephen@bb-law.net
Bonaparte & Bonaparte, LLP
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005
    *Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICIA SNOW and DALE NELSON, | Case No. 3:23-CV-00824-MO |
| Plaintiffs, | |
| v. | **FIRST AMENDED COMPLAINT** |
| STATE FARM FIRE AND CASUALTY COMPANY, | (Breach of Insurance Contract; Negligence Per Se) |
| Defendant. | DEMAND FOR JURY TRIAL |

**NATURE OF ACTION**

1.

This is an action by plaintiffs against their insurer, State Farm Fire and Casualty Company

("defendant"), to recover on a loss incurred by plaintiffs. Although the insurance policy issued to

plaintiffs by defendant provides coverage, defendant has failed and refused to provide full indemnity

owed under the policy.

PAGE 1 – FIRST AMENDED COMPLAINT

**BONAPARTE & BONAPARTE, LLP**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
        stephen@bb-law.net

## THE PARTIES

2.

Plaintiffs Patricia Snow and Dale Nelson ("plaintiffs") are, and at all times mentioned herein were, the owners of a home located at 18615 S. Schuebel Lane, Beavercreek, Oregon (the "property").

3.

Defendant State Farm Fire and Casualty Company is, and at all times mentioned herein was, a foreign corporation doing business in Oregon.

## JURISDICTION AND VENUE

4.

Jurisdiction is proper in this Court under 28 U.S.C. § 1332 based on diversity of citizenship. The amount in controversy, exclusive of interest or costs, exceeds the sum specified in 28 U.S.C. § 1332. This Court has personal jurisdiction over Defendant as it transacted insurance in Oregon within the meaning of the Oregon Insurance Code, O.R.S. 731.146 *et. seq.*

5.

Venue is proper pursuant to 28 U.S.C. § 1391(a).

## FIRST CLAIM FOR RELIEF
### (Breach of Insurance Contract)

## COUNT 1
### (Express Contract)

6.

Defendant issued a homeowners insurance policy No. 37-CZ-7680-0 (the "policy") to plaintiffs.  The policy was issued for valuable consideration in the form of policy premiums, which were paid by plaintiffs.

PAGE 2 – FIRST AMENDED COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
stephen@bb-law.net

7.

Pursuant to the policy, defendant insured plaintiffs' property located at 18615 S. Schuebel Lane, Beavercreek, Oregon, and agreed to pay for accidental losses, including damage to structure (Coverage A – Limits: Dwelling: $797,000 and Other Structures: $226,600), contents (Coverage B – Limits: $552,750) and loss of use (Coverage C – Limits: $221,100).

8.

While the policy was in force, on or about November 4, 2022, plaintiffs suffered accidental losses, including but not limited to, fire and smoke damage.

9.

Plaintiffs' losses fall within various coverages of defendant's policy. Pursuant to the terms of the policy, plaintiffs sought payment from defendant for all damages caused by the loss.  Defendant paid approximately $140,000 for dwelling, $54,294.58 for contents, and approximately $51,054.40 for loss of use, but has refused to pay the entirety of plaintiffs' covered losses.

10.

Defendant's denial and refusal to pay plaintiffs' damages constitutes a breach of the insurance contract.

11.

As a result of defendant's breach of contract, plaintiffs have been damaged in the amount of $650,000 reflecting $250,000 under Coverage A, $300,000 under Coverage B, and $100,000 under Coverage C.

12.

Plaintiffs are entitled to attorney fees under O.R.S. 742.061.

///

PAGE 3 – FIRST AMENDED COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
        stephen@bb-law.net

**COUNT 2**
**(Implied Covenant)**

13.

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1-12.

14.

Defendant failed to make payment, refused to make payment, and delayed payment for accidental physical losses in violation of the policy of insurance, thus causing damages to plaintiffs.

15.

Defendant violated the implied covenant of good faith and fair dealing in failing properly to investigate the loss, adjust the claim, and pay plaintiffs all amounts owing under the policy, causing damages to plaintiffs:

   a.    On or about November 4, 2022, plaintiffs suffered accidental losses, including, but not limited to, fire and smoke damage.

   b.    Plaintiffs promptly reported the losses, and provided proper proof of loss.

   c.    Defendant has repudiated its obligations under the contract.

   d.    Plaintiffs have supplied all information and documentation requested by defendant.

16.

It was foreseeable to defendant that if it breached its obligations under the insurance policy, plaintiffs would suffer damages.

17.

As a result of the breach of contract by defendant, plaintiffs have suffered damages as set forth in paragraph 11.

///

PAGE 4 – FIRST AMENDED COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
       stephen@bb-law.net

## SECOND CLAIM FOR RELIEF
### (Negligence Per Se)

18.

The allegations in paragraphs 1-17 are incorporated herein by reference.

19.

Because defendant is a corporation that sells insurance and provides insurance coverage to Oregon consumers, the Oregon Legislature through O.R.S. 746.230(1) requires defendant to adhere to a specified standard of care in the performance of its insurance contracts independent of, in addition to, and outside of the provisions of the insurance contract.

20.

Defendant failed to comply with its obligations under O.R.S. 746.230 in its review, investigation, and eventual decision to deny full insurance benefits following the devastating accidental loss suffered by plaintiffs in one or more of the following ways:

a. By refusing to pay the full insurance benefits without conducting a reasonable investigation based on all available information, in violation of O.R.S. 746.230(1)(d);

b. By failing to affirm or deny coverage of claims within a reasonable time after proof of loss, in violation of O.R.S. 746.230(1)(e);

c. By not attempting, in good faith, to promptly and equitably settle a claim in which the insurer's liability has become reasonably clear, in violation of O.R.S. 746.230(1)(f);

d. By compelling plaintiffs to initiate this litigation to recover amounts due by offering substantially less than the amount of the covered losses pled as damages in this action, in violation of O.R.S. 746.230(1)(g); and

///

///

PAGE 5 – FIRST AMENDED COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
         stephen@bb-law.net

e. By attempting to settle claims for less than the amount to which a reasonable person would believe a person was entitled after referring to written or printed advertising material accompanying or made part of an application, in violation of O.R.S. 746.230(1)(h).

21.

Defendant's failure to comply with its obligations under O.R.S. 746.230(1) was at minimum negligent, and on information and belief constituted a series of intentional acts defendant undertook either with full knowledge of the unreasonable risk that those acts would cause severe harm to plaintiffs or else recklessly as to that unreasonable risk of severe harm.

22.

Defendant's failure to comply with its obligations under O.R.S. 746.230(1) caused plaintiffs to suffer economic damages beyond the economic loss of the value of the contractual benefits defendant was obligated to provide under insurance policy.

23.

Defendant's failure to comply with its obligations under O.R.S. 746.230(1) caused plaintiffs to suffer physical injury, including headaches, back pain, gastrointestinal distress, loss of function, mental anguish, loss of sleep, emotional distress and anxiety, and exacerbated ongoing health issues in the amount of $500,000.

24.

Defendant knew, or in the exercise of reasonable care as a corporation engaged in the business of marketing and selling insurance, should have known, that one or more of its foregoing acts or omissions would create a highly unreasonable risk of harm to plaintiffs. In committing those acts and/or omissions, defendant either intentionally disregarded the duty of care it owed to plaintiffs

PAGE 6 – FIRST AMENDED COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
        stephen@bb-law.net

under O.R.S. 746.230(1)(d)-(h) or was, at minimum, recklessly indifferent to the risk that plaintiffs would suffer harm in consequence of defendant's violation of its statutory duties of care.

WHEREFORE, plaintiffs pray for relief from defendant as follows:

(a)     On the FIRST CLAIM FOR RELIEF:  For damages in the amount of $650,000;

(b)     On the SECOND CLAIM FOR RELIEF:  For non-economic damages in the amount of $500,000;

(c)     On the SECOND CLAIM FOR RELIEF:  For economic damages in an amount to be determined;

(d)     For reasonable attorney fees to be determined by the court pursuant to O.R.S. 742.061,

(e)     For prejudgment interest at the legal rate from November 4, 2022;

(f)     For plaintiffs' costs and disbursements incurred in this action; and

(g)     For such other and further relief as the court deems just and equitable.

Dated this 16th day of August, 2023.

BONAPARTE & BONAPARTE, LLP

By: /s/ Robert E.L. Bonaparte_____
        Robert E.L. Bonaparte, OSB No. 883411
        Stephen D. Leggatt, OSB #036013
        *Of Attorneys for Plaintiffs*

PAGE 7 – FIRST AMENDED COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
Telephone: (503) 242-0005
email:  bob@bb-law.net
        stephen@bb-law.net