Robert E.L. Bonaparte, OSB #883411
Email: bob@bb-law.net
Stephen D. Leggatt, OSB #036013
Email: stephen@bonaparte-leggatt.com
Bonaparte & Leggatt, LLC
One SW Columbia, Suite 460
Portland, OR 97204
Telephone: (503) 242-0005
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICIA SNOW and DALE NELSON<br><br>          Plaintiffs,<br>     v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br><br>          Defendant. | Case No. 3:23-CV-00824-MO<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

THE PARTIES HEREBY STIPULATE and agree that the above-captioned matter has been fully compromised and settled between them and the same may be dismissed with prejudice and without attorney fees and costs.

Page 1 – STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Dated: January 28, 2025.

| | |
|---|---|
| BONAPARTE & LEGGATT, LLC | MALONEY LAUERSDORF REINER PC |
|  /s/ Stephen D. Leggatt |  /s/ Francis J. Maloney |
| Stephen D. Leggatt, OSB No. 036013 | Francis J. Maloney III, OSB No. 953441 |
| Email: stephen@bonaparte-leggatt.com | E-mail: fjm@mlrlegalteam.com |
| Robert E.L. Bonaparte, OSB No. 883411 | Ryan P. Mattson, OSB No. 235941 |
| Email: bob@bb-law.net | E-mail: rpm@mlrlegalteam.com |
| BONAPARTE & LEGGATT, LLC | MALONEY LAUERSDORF REINER PC |
| One SW Columbia Street, No. 460 | 1111 E. Burnside Street, Ste. 300 |
| Portland, OR 97204 | Portland, OR 97214 |
| *Of Attorneys for Plaintiffs* | *Of Attorneys for Defendant* |

## ORDER OF DISMISSAL

IN CONFORMITY with the foregoing Stipulation, this action is hereby dismissed with prejudice and without attorney fees and costs.

IT IS SO ORDERED.

DATED: 1/29/2025

*Michael W. Mosman*
United States District Court Judge

**Presented by:**

BONAPARTE & LEGGATT, LLC

 */s/ Stephen D. Leggatt*
Stephen D. Leggatt, OSB No. 036013
Email: stephen@bonaparte-leggatt.com
Robert E.L. Bonaparte, OSB No. 883411
Email: bob@bb-law.net
*Of Attorneys for Plaintiffs*